UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-61911-BLOOM

JAMES MEARS,

    Plaintiff,

vs.

4000 N FEDERAL HWY, LLC,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE AND
DISMISSAL OF DEFENDANT WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice, ECF No. [13] (the "Joint Stipulation"). The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter. After review, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree, Defendant 4000 N FEDERAL HWY, LLC is hereby **DISMISSED WITH PREJUDICE**.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6.  This case is **CLOSED**.

**DONE AND SIGNED** in Chambers, in Miami, Florida this 8th day of December, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record